UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.  8:13-cr-324-T-30TGW

DANAY CRESPO-RODRIGUEZ

### FORFEITURE MONEY JUDGMENT

Before the Court is the United States motion for a forfeiture money judgment against defendant Danay Crespo-Rodriguez (Doc. 176), pursuant to 18 U.S.C. § 982(a)(2)(B) and Rule 32.2, Federal Rules of Criminal Procedure, in the amount of $655,568.61, which represents the amount of proceeds obtained as a result of the conspiracy to commit access device fraud, in violation of 18 U.S.C. § 1029(b)(2), as charged in Count One of the Second Superseding Indictment.

Being fully advised in the premises, the Court hereby finds that the United States has established that the amount of proceeds generated by the conspiracy, for which the defendant has been convicted in Count One, was $655,568.61.

Accordingly, it is hereby **ORDERED** that for good cause shown, the motion of the United States (Doc. 176) is GRANTED.

It is FURTHER **ORDERED** that pursuant to the provisions of 18 U.S.C. § 982(a)(2)(B) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, defendant Danay Crespo-Rodriguez is jointly and severally liable with her co-conspirators

convicted of the same offense for a forfeiture money judgment in the amount of $655,568.61.

In accordance with the defendant's Plea Agreement (Doc. 95, 11-12) and Rule 32.2(b)(4), Federal Rules of Criminal Procedure, this order of forfeiture will be final as to the defendant at the time it is entered.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant, which the United States is entitled to seek as substitute assets under 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), up to and including the amount of the $655,568.61 forfeiture money judgment, and to address any third party claim that may be asserted in these proceedings.

**ORDERED** in Tampa, Florida, on December 26, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel/Parties of Record

F:\Docs\2013\a3-cr-324 fmj 176.docx

2